**Denise MURRAY, Plaintiff, Appellee,**

v.

**KINDRED NURSING CENTERS WEST LLC, d/b/a Kindred Transitional Care and Rehabilitation–Kennebunk, Defendant, Appellant.**

No. 14–2072.

United States Court of Appeals, First Circuit.

June 10, 2015.

James R. Erwin, with whom Michelle Y. Bush and Pierce Atwood LLP were on brief, for defendant-appellant.

Guy D. Loranger, with whom Law Office of Guy D. Loranger was on brief, for plaintiff-appellee.

Before LYNCH, Chief Judge, TORRUELLA and SELYA, Circuit Judges.

PER CURIAM.

This appeal has been rendered moot by our decision earlier today in the companion appeal, *see Murray v. Kindred Nursing Centers West LLC,* No. 14–1943. We therefore dismiss this appeal, without prejudice and without costs, as moot.

*Dismissed.*